# EXHIBIT 1

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002383491 / 2023-11-29

Application Title: Caine.

Title:               Caine.

Description:         Electronic file (eService)

Copyright Claimant:
                     Glitch Productions Pty Ltd.

Date of Creation:    2022

Date of Publication:
                     2023-10-13

Nation of First Publication:
                     Australia

Authorship on Application:
                     Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:      Regarding basis for registration: Registration based on
                        deposited pictorial authorship describing, depicting, or
                        embodying character(s). Compendium 313.4(H).

Names:               Glitch Productions Pty Ltd

================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002382664 / 2023-11-29

Application Title: Gangle.

Title:                Gangle.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2022

Date of Publication:
                      2023-10-13

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Basis for Registration: Registration based on deposited
                         pictorial authorship describing, depicting, or embodying
                         character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002383501 / 2023-11-29

Application Title: Jax.

Title:               Jax.

Description:         Electronic file (eService)

Copyright Claimant:
                     Glitch Productions Pty Ltd.

Date of Creation:    2022

Date of Publication:
                     2023-10-13

Nation of First Publication:
                     Australia

Authorship on Application:
                     Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:      Regarding basis for registration: Registration based on
                        deposited pictorial authorship describing, depicting, or
                        embodying character(s). Compendium 313.4(H).

Names:               Glitch Productions Pty Ltd

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002383724 / 2023-11-29

Application Title: Kinger.

Title:               Kinger.

Description:         Electronic file (eService)

Copyright Claimant:
                     Glitch Productions Pty Ltd.

Date of Creation:    2022

Date of Publication:
                     2023-10-13

Nation of First Publication:
                     Australia

Authorship on Application:
                     Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:      Regarding basis for registration: Registration based on
                        deposited pictorial authorship describing, depicting, or
                        embodying character(s). Compendium 313.4(H).

Names:               Glitch Productions Pty Ltd

===============================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002383722 / 2023-11-29

Application Title: Pomni.

Title:                Pomni.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2022

Date of Publication:
                      2023-10-13

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002383507 / 2023-11-29

Application Title: Ragatha.

Title:                Ragatha.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2022

Date of Publication:
                      2023-10-13

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002383723 / 2023-11-29

Application Title: The Amazing Digital Circus.

Title:               The Amazing Digital Circus.

Description:         Electronic file (eService)

Copyright Claimant:
                     Glitch Productions Pty Ltd.

Date of Creation:    2022

Date of Publication:
                     2023-10-13

Nation of First Publication:
                     Australia

Authorship on Application:
                     Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:      Regarding basis for registration: Registration is based on
                        the artwork in the logo. Copyright does not protect
                        names, titles, short phrases or slogans. 37 CFR 202.1.

Names:               Glitch Productions Pty Ltd

===================================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002383489 / 2023-11-29

Application Title: Zooble.

Title:                Zooble.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2022

Date of Publication:
                      2023-10-13

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

====================================================================================
```